07-CR-05310-ORD

THE HONORABLE FRANKLIN D. BURGESS

FILED / RECEIVED / LODGED
AUG - 4 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR07-5310FDB |
| Plaintiff, | |
| vs. | ORDER PROVIDING TRAVEL EXPENSES |
| BENJAMIN MICHAEL GORMLEY, | |
| Defendant | |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Order Providing Travel Expenses entered on July 31, 2009. Based on the findings made in that Motion, it is hereby

ORDERED that the United States Marshal arrange for Mr. Gormley's non-custodial transportation or furnish the fare for Mr. Gormley to travel from St. Claire, Missouri to Tacoma, Washington on or before August 11, 2009 at 9:30 a.m. for a hearing on that date.

IT IS FURTHER ORDERED that the United States Marshal provide an amount for subsistence expense within the limits set out in 18.U.S.C. § 4285.

\*\*\*

\*\*\*

MOTION FOR ORDER PROVIDING TRAVEL EXPENSES - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

The Clerk shall send uncertified copies of this order to counsel for Mr. Gormley, counsel for the United States, and to the United States Marshal.

DATED this 4 day of Aug, 2009.

_____
for THE HONORABLE FRANKLIN D. BURGESS

Submitted by:

_____
Zenon P. Olbertz, WSB #6080
Attorney for Benjamin Gormley

*Approved Via E-Mail: 7/31/09*

_____
Gregory A. Gruber
Assistant U.S. Attorney